THE STATE OF OHIO, APPELLANT, *v.* PERNELL, APPELLEE.

(No. 1353—Decided July 8, 1968.)

*Mr. Robert L. Balyeat,* prosecuting attorney, for appellant.

PER CURIAM. This is an attempt by the state of Ohio by the mere filing of a notice of appeal to perfect an appeal as of right from a judgment of the Common Pleas Court for defendant entered pursuant to the sustaining of a demurrer to the indictment. Under the provisions of Section 6 of Article IV of the Constitution of Ohio, as it existed at the time this appeal was attempted to be perfected, and under the provisions of Section 4 of Article IV of the Constitution of Ohio, effective May 7, 1968 (*Euclid* v. *Heaton,* 15 Ohio St. 2d 65), Courts of Appeals have "such jurisdiction as may be provided by law," *i. e.,* as determined by the Legislature. Notwithstanding that the Legislature has provided a means of review of a ruling of a trial court on a demurrer to an indictment, which review is still discretionary with the Courts of Appeals (see *State* v. *Benjamin* [*Euclid* v. *Heaton*], 15 Ohio St. 2d 65, and Section 2945.67 *et seq.,* Revised Code), there is no existing legislative enactment providing for an appeal as of right by the state of Ohio, by the mere filing of a notice of appeal, from a judgment of a Common Pleas Court in favor of defendant in a criminal action, whether or not jeopardy has attached. Compare *Toledo* v. *Crews,* 174 Ohio St. 253, and *State* v. *Dodge,* 10 Ohio App. 2d 92 (affirmed 15 Ohio St. 2d 65).

*Appeal dismissed.*

GUERNSEY, P. J., YOUNGER and COLE, JJ., concur.